UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>IYASU FESEHA, et al.,<br><br>    Defendants. | Case No: C 12-04791 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for **January 23, 2012 at 2:45 p.m.** is CONTINUED to **March 21, 2013 at 3:00 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

    IT IS SO ORDERED.

Dated: 1/23/13

                                             _____<br>
                                             SAUNDRA BROWN ARMSTRONG<br>
                                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

     Plaintiff,

 v.

IYASU FESEHA et al,

     Defendant.
_____/

Case Number: CV12-04791 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Iyasu Feseha
Red Sea Restaurant
5200 Claremont Avenue
Oakland, CA 94618

Dated: January 23, 2013

                             Richard W. Wieking, Clerk

                                By: Lisa Clark, Deputy Clerk