Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IYASU FESEHA, ET AL., <br><br> Defendant. | CASE NO. 4:12-cv-04791-SBA <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS IYASU FESEHA, ASMEROM BERHE and GHEBREMICAEL and ASTER M. GIOTOM, individually and d/b/a RED SEA RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants IYASU FESEHA, ASMEROM BERHE and GHEBREMICAEL and ASTER M. GIOTOM, individually and d/b/a RED SEA RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against IYASU FESEHA, ASMEROM BERHE and GHEBREMICAEL and ASTER M. GIOTOM, individually and d/b/a RED SEA RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 17, 2014, the dismissal shall be deemed to be **with prejudice**.

///

///

STIPULATION OF DISMISSAL
4:12-CV-04791-SBA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 4, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 4/10/13

**IYASU FESEHA**
Individually and d/b/a Red Sea Restaurant

Dated: 04/10/13

ASMEROM
**ASMEROM BERHE GHEBREMICAEL**
Individually and d/b/a Red Sea Restaurant

Dated: 04/13/13

ASTER
**ASTER M. GOITOM**
Individually and d/b/a Red Sea Restaurant

**IT IS SO ORDERED:**

_Saundra B. Armstrong_                Dated: 4/22/13
The Honorable Saundra Brown Armstrong
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
4:12-CV-04791-SBA
PAGE 2